**Return to:**
Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, TX 77002

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/23/2015 11:41:23 AM
CHRISTOPHER A. PRINE
Clerk

NO. 14-_15_-00202-CR

| | | |
|---|---|---|
| Anthony Deon Bradford, Appellant | § | COURT OF APPEALS |
| | § | 14TH DISTRICT |
| The State of Texas | § | HOUSTON, TEXAS |

### Pro se Motion for Access to Appellate Record

**To the Honorable Justices of Said Court:**

On July 23, 2015, appellant's appointed counsel filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Anthony Deon Bradford, appellant, moves this court to provide him pro se access to a copy of the appellate record including the clerk's record and the court reporter's record.

Appellant requests an extension of time of 30 days from the date he receives the appellate record to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

_____
Pro se Appellant

### CERTIFICATE OF SERVICE

This is to certify that on _____, a true and correct copy of the above and foregoing document was served by mail on the Galveston County District Attorney's Office at the following address: Jack Roady, Galveston County, Criminal District Attorney, 600 59th St # 1001, Galveston, TX 77551.